UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BALTAZAR CARDENAS-MENDOZA, | ) | CASE NO. C05-1222-JLR-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| NEIL CLARK, et al., | ) | |
| Respondents. | ) | |

On July 11, 2005, petitioner filed, through counsel, a Petition for Writ of Habeas Corpus and Request for Release from Detention pursuant to 28 U.S.C. § 2241 and 28 U.S.C. § 1361. (Dkt. #1). At the same time, petitioner filed a Motion for Immediate Release from Detention, requesting that he be released on bond and that he be allowed to remain free on bond while judicial review of his case is pending in the Ninth Circuit Court of Appeals. (Dkt. #2). Petitioner served respondents and duly noted his motion for release on the Court's calendar for consideration on July 29, 2005. (Dkts. #1 and #2). As of the date of this Order, respondents have not filed a response to petitioner's motion for release nor moved for an extension of time in which to file. Accordingly, the court hereby ORDERS:

(1) Respondents shall show cause <u>within 10 calendar days</u> of the date on which this Order is signed why petitioner's motion for release should not be granted.

/ / /

ORDER TO SHOW CAUSE
PAGE -1

(2)     The Clerk shall send a copy of this Order to all counsel of record and to the Honorable James L. Robart, United States District Judge.

DATED this  1st  day of  August , 2005.

                                  s/ Mary Alice Theiler
                                  United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2