UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALTAZAR CARDENAS-MENDOZA, | CASE NO. C05-1222-JLR-MAT |
| Petitioner, | |
| v. | STIPULATION FOR ORDER OF DISMISSAL |
| NEIL CLARK, et al., | |
| Respondents. | |

THE PARTIES having stipulated and agreed that the petitioner has been released from DHS/ICE custody under an Order of Supervision and that this habeas corpus proceeding has become moot and may be dismissed without prejudice.

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 20th day of September, 2005.

JAMES L. ROBART
United States District Judge

Recommended for Entry
this <u>19th</u> day of September, 2005.

s/ Mary Alice Theiler
United States Magistrate Judge

STIPULATION FOR ORDER OF DISMISSAL
PAGE -1